**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Criminal Action No. 3:05-cr-00028 |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **BARBARA CORBY MARTIN.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Respondent's Motion to Dismiss is **GRANTED**; the above referenced motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Martin has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the parties.

Entered this \_\_\_\_3rd\_\_\_\_ day of March, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE